The document below is hereby signed.

Signed: August 18, 2016



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| STEPHEN M. SEABRON, | ) | Case No. 16-00094 |
| | ) | (Chapter 13) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER
DENYING MOTION TO CONVERT CASE TO CHAPTER 11

The debtor seeks, after a chapter 13 plan was confirmed, to convert his case to chapter 11. However, 11 U.S.C. § 1307(d) only permits a case to be converted to chapter 11 "at any time before the confirmation of a plan under section 1325," and thus the case may not be converted from chapter 13 to chapter 11. *See In re Krandell*, 311 B.R. 438, 439 (Bankr. D. Md. 2004). *See also In re Henning*, 420 B.R. 773, 782-83 (Bankr. W.D. Tenn. 2009). It is thus

ORDERED that the debtor's *Motion to Convert Case From Chapter 13 to 11* (Dkt. No. 125) is DENIED.

[Signed and dated above.]

Copies to: Recipients of e- notification of orders.